UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

St. Panteleimon Russian Orthodox Church,  Civ. No. 13-1977 (SRN/JJK)

    Plaintiff,

v.  **ORDER**

Church Mutual Insurance Company,

    Defendant.

---

Brendan R. Tupa, Esq., Udoibok, Tupa & Hussey, PLLP, counsel for Plaintiff.

R. Henry Pfutzenreuter, Esq., and Christan A. Preus, Esq., Meagher & Geer, PLLP, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated November 12, 2013, [Doc. No. 19]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1.    The Plaintiff's Motion to Compel Appraisal and Stay Court Proceedings (Doc. No. 10), is **DENIED.**

Date: November 27, 2013                                    s/Susan Richard Nelson
                                                                                          Susan Richard Nelson
                                                                                          United States District Judge